# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Peredia, | 2:23-cv-02132-APG-MDC |
| Plaintiff(s), | **Order Setting Hearing** |
| vs. | |
| Kane & Myers, PLLC, d/b/a The702Firm, | |
| Defendant(s). | |

**IT IS SO ORDERED** that the parties shall appear in person on **April 24, 2024 at 10:00am in Courtroom 3B** for a hearing on:

1. Plaintiff's *Proposed Discovery Plan And Scheduling Order* (ECF No. 18).

2. Defendants' *Motion To Stay Discovery* (ECF No. 19).

Dated this 29th day of March 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge