JASON KULLER
Nevada Bar No. 12244
ROBERT MONTES, JR. (*pro hac vice*)
California Bar No. 159137
SHAY DIGENEN
Nevada Bar No. 16397
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
shay@rafiilaw.com
*Attorneys for Plaintiff*



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PEREDIA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KANE & MYERS, PLLC, d/b/a and a/k/a THE702FIRM; MICHAEL KANE, an individual; BRADLEY MYERS, an individual; JOEL HENGSTLER, an individual; TAMARA J. HARLESS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02132-APG-MDC<br><br>**JOINT STIPULATION TO CONTINUE STAY OF ALL DISCOVERY DEADLINES AND TO EXTEND TOLLING PERIOD FOR 60 DAYS**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED by and between Plaintiff MICHELLE PEREDIA ("Plaintiff"), on behalf of herself and all others similarly situated ("Putative Members"), and Defendants KANE & MYERS, PLLC d/b/a and a/k/a THE702FIRM, MICHAEL KANE, BRADLEY MYERS, JOEL HENGSTLER, TAMARA HARLESS (collectively "Defendants"), by and through their undersigned counsel of record, that all discovery deadlines be stayed for an additional 60 days and that the tolling period for Plaintiff's claims, including those of Putative Members, be extended an additional 60 days through September 22, 2024. This stipulation is submitted and based upon the following:

1

**STIPULATION TO CONTINUE DISCOVERY STAY AND EXTEND TOLLING**

1. Plaintiff commenced the above-captioned action ("Action") in the Eighth Judicial District Court, Clark County, Nevada, on November 22, 2023. ECF No. 1-2. Defendants removed Plaintiff's Action to this Court on December 27, 2023. ECF No. 1.

2. Plaintiff's Class and Collective Action Complaint ("Complaint") asserted five class action wage claims under Nevada state law and two collective action wage claims under the Fair Labor Standards Act ("FLSA"). ECF No. 1-2. The Complaint asserts claims for the benefit of Plaintiff as well as similarly situated Putative Members, which comprises "Nevada Class Members" and "FLSA Collective Members" as those terms are defined in Plaintiff's Complaint.

3. Defendants filed a motion to dismiss Plaintiff's Complaint ("Motion to Dismiss") on January 3, 2024. ECF No. 6. Plaintiff opposed the Motion to Dismiss on January 18, 2024, and Defendants filed a supporting reply on January 25, 2024. *See* ECF Nos. 11 & 13.

4. On February 2, 2024, the parties met and conferred regarding a discovery plan and scheduling order pursuant to FRCP 26(f), but were unable to agree on a joint plan based on Defendants' view that discovery should be stayed pending resolution of their Motion to Dismiss. *See* ECF No. 18 at 2, *ll*. 1-8. Plaintiff offered to stipulate to a discovery stay if Defendants would agree to toll the statute of limitations on all of Plaintiff's and Putative Members' claims. *Id.* Defendants declined Plaintiff's offer and declined to participate in the filing of a joint discovery plan and scheduling order. *Id.* Plaintiff subsequently filed a proposed discovery plan and scheduling order ("DPSO") on February 2, 2024, and Defendants moved to stay discovery ("Stay Motion") on February 5, 2024. *See* ECF Nos. 18 & 19.

5. Plaintiff opposed the Stay Motion and Defendants filed a supporting reply. *See* ECF Nos. 20 & 21. The Court ordered a hearing before Magistrate Judge Maximiliano Couvillier III regarding Plaintiff's DPSO and Defendants' Stay Motion on April 24, 2024. ECF No. 23. The parties appeared at the hearing and agreed on the record to stay discovery until July 24, 2024, and also agreed on a tolling period from February 2, 2024, through July 24, 2024. *See* ECF No. 25. Magistrate Judge Couvillier denied Plaintiff's DPSO and Defendant's Stay Motion as moot, and also ordered the parties to "submit a Stipulation by July 24, 2024, regarding the status of defendant's Motion to Dismiss and the parties' position on discovery, tolling, and continued stay." *Id.* This Stipulation is submitted

2
**STIPULATION TO CONTINUE DISCOVERY STAY AND EXTEND TOLLING**

1  pursuant to the Court's order.

2  6.  As of today's date, the Court has still not ruled on Defendants' Motion to Dismiss. Considering this status, the parties have agreed to extend the discovery stay and extend the tolling period for an additional 60 days through September 22, 2024.  As a result of this Stipulation, the cumulative tolling period for Plaintiff's and Putative Members' claims will be from February 2, 2024, through September 22, 2024.

7.  Upon the conclusion of 60 days from this Stipulation, the parties will file a joint status report or stipulation regarding the status of Defendants' Motion to Dismiss and the parties' positions on a further discovery stay and tolling extension.

8.  This Stipulation is made in good faith and not for the purpose of delay.

9.  This is the parties' first request for a stay of discovery deadlines and an extension of the tolling period.

Dated this 24th day of July, 2024.

| RAFII & ASSOCIATES, P.C. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| /s/ Jason Kuller<br>Jason Kuller, Esq., NV Bar No. 1224<br>1120 N. Town Center Drive, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff* | /s/ Steve Shevorski (with permission)<br>Steve Shevorski, Esq., NV Bar No. 8256<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge / Magistrate Judge

Dated: 07-26-24

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date shown file stamped on this pleading, I served a copy of the foregoing pleading via electronic service in accordance with the Court's order and Local Rules and that it was served on all parties registered with the Court's CM/ECF system of electronic service.

          */s/ Jason Kuller*
          JASON KULLER