Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Holly.Walker@wilsonelser.com
*Attorneys for Defendant*
*Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PEREDIA,<br><br>        Plaintiff,<br><br>   v.<br><br>KANE & MYERS, PLLC, d/b/a and a/k/a THE702FIRM,<br><br>        Defendant. | Case No.  2:23-cv-02132-APG-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM ("Defendant"), by and through its attorneys of record, Sheri M. Thome, Esq. and Holly E. Walker, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Michelle Peredia ("Plaintiff"), by and through her attorneys of record, Jason L. Kuller, Esq. and Robert Montes, Jr., Esq. of Rafii & Associates, P.C., hereby stipulate to extend the deadline for the parties to file a proposed discovery plan and scheduling order from March 20, 2025 to **March 27, 2025**. ECF No. 38. Good cause exists for this extension as the parties need additional time to prepare the proposed discovery plan and scheduling order for filing with the Court. This Stipulation is submitted and based upon the following:

1. On March 5, 2025, the Court ordered that the parties shall confer and file a proposed discovery plan and scheduling order by March 20, 2025. ECF No. 38.

2. The parties held a meet-and-confer telephonic conference on March 13, 2025.

3. On March 19, 2025, Plaintiff's counsel submitted a draft of the proposed discovery plan

310126553v.1

and scheduling order to Defense counsel, who is in the process of reviewing and revising the same.

4. The parties agree to briefly extend the deadline to file a proposed discovery plan and scheduling order, up to and including **March 27, 2025**, in light of the complex procedural history of this matter and its posture as a potential collective action. Among other topics that they will address, the parties will include a request to reinstate briefing on whether tender futility moots Plaintiff's claims pursuant to the Court's order granting in part and denying in part Defendant's Motion to Dismiss. ECF No. 31. The parties also have to state their positions on what discovery may be permitted in the pre-certification phase. Thus, the parties require more time to finalize the proposed discovery plan and scheduling order.

5. This is the first request for an extension of time under the Court's March 5th Order to file a proposed discovery plan and scheduling order.

6. This request is made in good faith and not for the purpose of delay.

Dated this 20th day of March, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

Dated this 20th day of March, 2025.

RAFII & ASSOCIATES, P.C.

*/s/ Robert Montes, Jr.*
Jason L. Kuller, Esq.
Nevada Bar No. 12244
Robert Montes, Jr., Esq.
(*pro hac vice* – CA State Bar No. 159137)
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: March 21, 2025

-2-

310126553v.1