1  Sheri M. Thome, Esq.
Nevada Bar No. 008657
2  Holly E. Walker, Esq.
Nevada Bar No. 014295
3  **WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
Email: Holly.Walker@wilsonelser.com
7  *Attorneys for Defendant*
*Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*
8

9              **UNITED STATES DISTRICT COURT**

10                 **DISTRICT OF NEVADA**

11  MICHELLE PEREDIA,                              Case No.   2:23-cv-02132-APG-MDC

12                    Plaintiff,
        v.                                  **STIPULATION TO EXTEND TIME TO**
13                                          **FILE RESPONSIVE BRIEFS**
    KANE & MYERS, PLLC, d/b/a and a/k/a
14  THE702FIRM,                                 **(FIRST REQUEST)**

15                    Defendant.

16
        Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM ("Defendant"), by and
17
    through its attorneys of record, Sheri M. Thome, Esq. and Holly E. Walker, Esq. of Wilson, Elser,
18
    Moskowitz, Edelman & Dicker LLP, and Plaintiff Michelle Peredia ("Plaintiff"), by and through
19
    her attorneys of record, Jason L. Kuller, Esq. and Robert Montes, Jr., Esq. of Rafii & Associates,
20
    P.C., hereby stipulate to extend the deadline for the parties to file responsive briefs to the
21
    supplemental briefs filed by both on May 14, 2025 pursuant to ECF 41.  The parties seek to extend
22
    the responsive briefing deadline from May 28, 2025 until **June 11, 2025**.  Good cause exists for this
23
    extension as the parties need additional time to prepare their responses after analyzing each other's
24
    contentions, and Defendant's lead counsel was out of the office and unavailable for one full week
25
    of the time originally provided.
26

27

28

313846310v.1

-2-

1         This is the first request for an extension of these deadlines, and is made in good faith and

2    not for the purpose of delay.

3    Dated this 28th day of May, 2025.          Dated this 28th day of May, 2025.

4    WILSON, ELSER, MOSKOWITZ, EDELMAN   RAFII & ASSOCIATES, P.C.

5    & DICKER LLP

6    */s/ Sheri M. Thome*                      */s/ Robert Montes, Jr.*
Sheri M. Thome, Esq.                     Jason L. Kuller, Esq.

7    Nevada Bar No. 008657                  Nevada Bar No. 12244
Holly E. Walker, Esq.                    Robert Montes, Jr., Esq.

8    Nevada Bar No. 014295                  (*pro hac vice* – CA State Bar No. 159137)
6689 Las Vegas Blvd. South, Suite 200     1120 N. Town Center Dr., Ste. 130

9    Las Vegas, Nevada 89119               Las Vegas, Nevada 89144

10    *Attorneys for Defendant*               *Attorneys for Plaintiff*

11                                       **ORDER**

12                                IT IS SO ORDERED:

13

14

15

16                                CHIEF UNITED STATES DISTRICT JUDGE

17                                DATED: May 29, 2025

18

19

20

21

22

23

24

25

26

27

28

313846310v.1