Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Holly.Walker@wilsonelser.com
*Attorneys for Defendant*
*Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PEREDIA,<br><br>                     Plaintiff,<br>v.<br>KANE & MYERS, PLLC, et al.,<br><br>                     Defendants. | Case No.   2:23-cv-02132-APG-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM ("Defendant"), by and through its attorneys of record, Sheri M. Thome, Esq. and Holly E. Walker, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Michelle Peredia ("Plaintiff"), by and through her attorneys of record, Jason L. Kuller, Esq., Robert Montes, Jr., Esq., and Ciara Alagao, Esq. of Rafii & Associates, P.C., hereby stipulate to extend the deadline for the parties to file a stipulation and proposed order to extend discovery deadlines from December 31, 2025 to **January 16, 2026**. ECF No. 60.  Good cause exists for this extension as the parties need additional time to prepare a stipulation and proposed order to extend discovery deadlines for filing with the Court.  This Stipulation is submitted and based upon the following:

1. On October 21, 2025, the Court granted the parties' stipulation to stay discovery in this matter, which in part stated that "[w]ithin fourteen (14) days after the Court issues a decision on the parties' renewed briefing, the parties shall submit a stipulation and proposed order to extend discovery deadlines in accordance with LR 26-3 and LR IA 6-1." ECF No. 60.

2. On December 17, 2025, the Court issued a decision on the parties' renewed briefing. ECF No. 61. The parties received notice of the Court's decision on December 18, 2025.

4. The parties agree to briefly extend the deadline to file a stipulation and proposed order to extend discovery deadlines, up to and including **January 16, 2026**, in light of the complex procedural history of this matter. Further, counsel for Defendant has been out of the office due to two recent deaths in the family. In light of this and the upcoming New Year holiday, the parties require more time to finalize the stipulation and proposed order to extend discovery deadlines and thus respectfully request an extension.

5. This is the first request for an extension of time under the Court's October 21st Order to file a stipulation and proposed order to extend discovery deadlines.

6. This request is made in good faith and not for the purpose of delay.

Dated this 30th day of December, 2025.                  Dated this 30th day of December, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

RAFII & ASSOCIATES, P.C.

*/s/ Holly Walker, Esq.*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

*/s/ Robert Montes, Jr. Esq.*
Jason L. Kuller, Esq.
Nevada Bar No. 12244
Robert Montes, Jr., Esq.
(*pro hac vice* – CA State Bar No. 159137)
Ciara Alagao, Esq.
Nevada Bar No. 16789
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: 1/6/26

-2-