Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Holly.Walker@wilsonelser.com
*Attorneys for Defendant*
*Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PEREDIA,<br><br>                    Plaintiff,<br>     v.<br><br>KANE & MYERS, PLLC, et al.,<br><br>                    Defendants. | Case No.   2:23-cv-02132-APG-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF NO. 69)**<br><br>**(FIRST REQUEST)** |

Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM ("Defendant"), by and through its attorneys of record, Sheri M. Thome, Esq. and Holly E. Walker, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Michelle Peredia ("Plaintiff"), by and through her attorneys of record, Jason L. Kuller, Esq., Robert Montes, Jr., Esq., and Ciara Alagao, Esq. of Rafii & Associates, P.C., hereby stipulate to extend the deadline for Defendant to respond to Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 69).

The parties seek to extend Defendant's responsive deadline (currently May 14, 2026) by two weeks, up to and including **May 28, 2026**.  Good cause exists for this extension as Defendant needs additional time to prepare its response after analyzing Plaintiff's contentions and due to the press of other matters, including a mediation scheduled for May 14, 2026 in another matter.  This is the first request for an extension of these deadlines, which is made in good faith and not for the purpose of delay.

The parties certify that Artificial Intelligence was not used to prepare the foregoing document.

Dated this 12th day of May, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Holly E. Walker, Esq.*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

Dated this 12th day of May, 2026.

RAFII & ASSOCIATES, P.C.

*/s/ Robert Montes, Jr., Esq.*
Jason L. Kuller, Esq.
Nevada Bar No. 12244
Robert Montes, Jr., Esq.
(*pro hac vice* – CA State Bar No. 159137)
Ciara Alagao, Esq.
Nevada Bar No. 16789
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: 5-14-26

-2-