Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No. 159137
(*pro hac vice*)
Ciara Alagao, NV Bar No. 16789
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: jason@rafiilaw.com
Email: robert@rafiilaw.com
Email: ciara@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PEREDIA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KANE & MYERS, PLLC, et al.,<br><br>Defendants. | Case No.   2:23-cv-02132-APG-MDC<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF NO. 69)**<br><br>**(FIRST REQUEST)** |

Plaintiff Michelle Peredia, on behalf of herself and all others similarly situated (collectively "Plaintiff"), by and through her attorneys of record Rafii & Associates, P.C., and Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM, et al. ("Defendants"), by and through its attorneys of record, Sheri M. Thome, Esq. and Holly E. Walker, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate to extend the deadline for Plaintiff to reply in support of her Motion for Leave to File First Amended Complaint (ECF No. 69) ("Reply") up to and including **June 12, 2026**.

Plaintiff's Motion was filed on April 30, 2026 (ECF No. 69).  Defendants' response was originally due to be filed on May 14, 2026, but Defendants were granted a two-week extension by stipulation of the parties up to and including May 28, 2026 (ECF No. 73).  Plaintiff's reply ("Reply") is due to be filed on June 4, 2026.  By this stipulation, and for good cause shown, Plaintiff seeks an additional eight days until June 12, 2026, in which to file her Reply.

On May 13, 2026, the Court granted the parties' stipulation to extend discovery and other case related deadlines.  The parties have also recently exchanged a flurry of discovery requests and deposition notices.  Good cause exists for this extension as Plaintiff needs additional time to prepare its response after analyzing Defendants' contentions regarding undue prejudice—in light of the current discovery status—and due to the press of other matters, including several other motions and responses occupying Plaintiff's counsel this week.  This is the first request for an extension of this deadline, which is made in good faith and not for the purpose of delay.

The parties certify that Artificial Intelligence was not used to prepare the foregoing document.

Dated this 4th day of June, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sheri Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

Dated this 4th day of June, 2026.

RAFII & ASSOCIATES, P.C.

*/s/ Jason Kuller*
Jason Kuller, Esq.
Nevada Bar No. 12244
Robert Montes, Jr., Esq.
(*pro hac vice* – CA State Bar No. 159137)
Ciara Alagao, Esq.
Nevada Bar No. 16789
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: 6-8-26 _____

-2-

335670600v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown file stamped above, I served a true and correct copy of the foregoing pleading on all registered parties with the Court's electronic filing system.

/s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel:  (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com