JASON KULLER
Nevada Bar No. 12244
ROBERT MONTES, JR. (*pro hac vice*)
California Bar No. 159137
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com

*Attorneys for Plaintiff*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELLE PEREDIA, on behalf of herself and all others similarly situated,

Plaintiff,

v.

KANE & MYERS, PLLC, d/b/a and a/k/a THE702FIRM; MICHAEL KANE, an individual; BRADLEY MYERS, an individual; JOEL HENGSTLER, an individual; TAMARA J. HARLESS, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:23-cv-02132-APG-MDC

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**

**[First Request]**

IT IS HEREBY STIPULATED by and between Plaintiff MICHELLE PEREDIA ("Plaintiff"), on behalf of herself and all others similarly situated ("Putative Members"), and Defendants KANE & MYERS, PLLC d/b/a and a/k/a THE702FIRM, MICHAEL KANE, BRADLEY MYERS, JOEL HENGSTLER, TAMARA HARLESS (collectively "Defendants"), by and through their undersigned counsel of record, that the deadline for Plaintiff to file her response to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Class and Collective Action Under FRCP 12(b)(6) ("Motion") be

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

extended from September 11, 2026 to September 25, 2026.

This stipulation is submitted and based upon the following:

1. Plaintiff's counsel has had competing deadlines in other matters and various medical appointments in preparation for upcoming surgeries and procedures. As such, additional time is needed to prepare her response to the Motion.

2. No hearing has been scheduled yet regarding Defendants' Motion.

3. This Stipulation is made in good faith and not for the purpose of delay.

4. This is the parties' first request for an extension of this deadline.

Dated this 11th day of September, 2026.

**RAFII & ASSOCIATES, P.C.**

*/s/ Ciara Alagao*
Jason Kuller, Esq.
NV Bar No. 12244
Robert Montes, Jr., Esq. (*Pro Hac Vice*)
CA State Bar No. 159137
Ciara Alagao, Esq.
NV Bar No. 16789
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Sheri M. Thome (with permission)*
Sheri M. Thome, Esq.
NV Bar No. 008657
Holly E. Walker, Esq.
NV Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

United States District Court Judge

Dated: **September 14, 2026**