Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Holly.Walker@wilsonelser.com
*Attorneys for Defendant*
*Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>KANE & MYERS, PLLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-02132-APG-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEFS TO PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE (ECF No. 91)**<br><br>**(FIRST REQUEST)** |

Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM ("Defendant"), by and through its attorneys of record, Sheri M. Thome, Esq. and Holly E. Walker, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Michelle Peredia ("Plaintiff"), by and through her attorneys of record, Jason L. Kuller, Esq., Robert Montes, Jr., Esq., and Ciara Alagao, Esq. of Rafii & Associates, P.C., hereby stipulate and agree to extend the deadline for Defendant to file a response to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion") from September 28, 2026 [ECF No. 91] to October 12, 2026.

The parties also stipulate and agree to extend the deadline for Plaintiff to file its reply brief in support of her Motion from October 5, 2026 to October 19, 2026.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Defendant's counsel has hearings and mediations scheduled on various California matters on September 17, 2026 and will be out of town for a week afterwards. Additional time is needed to prepare the response to Plaintiff's Motion and consult with clients to obtain

approval of the same. Defendant requested the extension and Plaintiff fully cooperated and agreed.

This is the first request for an extension of these deadlines, which is made in good faith and not for the purpose of delay.

Dated this 18th day of September, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*

Dated this 18th day of September, 2026.

RAFII & ASSOCIATES, P.C.

*/s/ Robert Montes, Jr.*
Jason L. Kuller, Esq.
Nevada Bar No. 12244
Robert Montes, Jr., Esq.
(*pro hac vice* – CA State Bar No. 159137)
Ciara Alagao, Esq.
Nevada Bar No. 16789
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**ORDER**

**GOOD CAUSE SHOWN, IT IS ORDERED** that Defendant's deadline to file a response to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion") shall be extended to October 12, 2026.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to file a reply brief in support of her Motion shall also be extended to October 19, 2026.

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 21, 2026



345170299v.1