Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Holly.Walker@wilsonelser.com
*Attorneys for Defendant*
*Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>KANE & MYERS, PLLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-02132-APG-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEFS TO PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE (ECF No. 91)**<br><br>**(SECOND REQUEST)** |

Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM ("Defendant"), by and through its attorneys of record, Sheri M. Thome, Esq. and Holly E. Walker, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Michelle Peredia ("Plaintiff"), by and through her attorneys of record, Jason L. Kuller, Esq., Robert Montes, Jr., Esq., and Ciara Alagao, Esq. of Rafii & Associates, P.C., hereby stipulate and agree to extend the deadline for Defendant to file a response to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion") from October 12, 2026 [ECF No. 91] to October 22, 2026.

The parties also stipulate and agree to extend the deadline for Plaintiff to file her reply brief in support of her Motion from October 19, 2026 to October 29, 2026.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as Defense counsel have recently been out of the office due to the press of other matters. One of Defendant's attorneys was out of town near the end of September 2026, and the other attorney assisting with this matter has been out of the office due to medical issues related

to her family as well as recovering from her own illness. Additional time is needed to prepare the response to Plaintiff's Motion and consult with clients to obtain approval of the same. Defendant requested the extension, and Plaintiff fully cooperated and agreed.

This is the second request for an extension of these deadlines, which is made in good faith and not for the purpose of delay. The parties have previously requested an extension, which the Court granted. ECF No. 95. The parties now respectfully request an additional brief extension in light of the reasons detailed above.

Dated this 9th day of October, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/_Holly E. Walker*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant Kane & Myers, PLLC d/b/a and a/k/a THE702FIRM*

Dated this 9th day of October, 2026.

RAFII & ASSOCIATES, P.C.

*/s/_Robert Montes, Jr. ____*
Jason L. Kuller, Esq.
Nevada Bar No. 12244
Robert Montes, Jr., Esq.
(*pro hac vice* – CA State Bar No. 159137)
Ciara Alagao, Esq.
Nevada Bar No. 16789
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**ORDER**

**GOOD CAUSE SHOWN, IT IS ORDERED** that Defendant's deadline to file a response to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion") shall be extended to October 22, 2026.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to file a reply brief in support of her Motion shall also be extended to October 29, 2026.

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: October 13, 2026